IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CV321 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| DONALD KEITH LONGNECKER, MARY JO LONGNECKER, WILLIAM F. VONTZ, Trustee for the Vontz Family Trust, EDWARD J. VONTZ, Trustee for the Vontz Family Trust, and FARM CREDIT SERVICES OF AMERICA FLCA AND/OR AGRIBANK FCB, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

The Plaintiff seeks to dismiss the Complaint because the debt allegedly owed to the USDA Rural Housing Service has been satisfied. For the reasons set forth in the motion and pursuant to Fed. R. Civ. P. 41(a)(2),

IT IS ORDERED:

1. The Plaintiff's Motion for Dismissal (Filing No. 20) is granted;

2. The Complaint is dismissed with prejudice.

DATED this 12th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge